STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:   *lacalendar@stroock.com*

Attorneys for Defendant
  Chase Bank USA, N.A., erroneously sued as
  JPMorgan Chase Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KAO SAECHAO, | Case No. 5:16-cv-01499-BLF |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE BANK; DISCOVER FINANCIAL SERVICES and DOES 1 through 100 inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16- cv-01499-BLF

LA 51984137

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Kao Saechao ("Plaintiff"), on the one hand, and defendant Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank ("Chase"), on the other, have reached a settlement in principle, which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are negotiating the terms of a settlement agreement and expect that the settlement documentation will be finalized within the next thirty (30) days. Accordingly, the parties respectfully request that all pending dates and filing requirements pertaining to Chase be vacated.

Dated: April 20, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO

By:  */s/ Elliot Gale*
    Elliot Gale

Attorneys for Plaintiff
    Kao Saechao

Dated: April 20, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By:  */s/ Stephen J. Newman*
    Stephen J. Newman

Attorneys for Defendant
    Chase Bank USA, N.A., erroneously sued
    as JPMorgan Chase Bank

**IT IS SO ORDERED**.

Dated: _____

Honorable Beth Labson Freeman
United States Magistrate Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND
[PROPOSED] ORDER RE CASE DEADLINES
Case No. 5:16- cv-01499-BLF

LA 51984137

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**FILER'S ATTESTATION**

I, Stephen J. Newman, attest, pursuant to Civil L.R. 5-1(i)(3), that concurrence in the filing of this document has been obtained from the other signatory to this document.

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CHASE BANK USA, N.A. AND [PROPOSED] ORDER RE CASE DEADLINES** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

*/s/ Stephen J. Newman*
Stephen J. Newman

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -

CERTIFICATE OF SERVICE
Case No. 5:16- cv-01499-BLF

LA 51984137