SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAO SAECHAO,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>        Defendants. | Case No.: 5:16-CV-01499-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT DISCOVER BANK. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Kao Saechao and defendant Discover Bank, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties anticipate that this matter will be dismissed within 30 days.  Accordingly, the parties respectfully request that all pending dates and filing requirements as to Discover Financial Services, LLC be vacated

Dated:   June 17, 2016

                    **Sagaria Law, P.C.**
                    /s/ *Elliot Gale*
                    Elliot Gale
                    Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1