STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
JULIETA STEPANYAN (State Bar No. 280691)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendar@stroock.com

Attorneys for Defendant
 Chase Bank USA, N.A., erroneously sued as
 JPMorgan Chase Bank

SAGARIA LAW, P.C.
Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone: 408-279-2288
Facsimile: 408-279-2299

Attorneys for Plaintiff
 Kao Saechao

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAO SAECHAO,<br><br>              Plaintiff,<br><br>       vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; BANK OF AMERICA, NATIONAL ASSOCIATION, JPMORGAN CHASE BANK; DISCOVER FINANCIAL SERVICES and DOES 1 through 100 inclusive,<br><br>              Defendants. | Case No. 5:16-cv-01499-NC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT JPMORGAN CHASE BANK WITH PREJUDICE** |

**TO THE COURT, CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed WITH PREJUDICE as to Chase Bank USA, N.A., erroneously sued as JPMorgan Chase Bank, only. Each party shall bear its own attorneys' fees and costs.

Dated: May 16, 2016

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOE ANGELO

By: _____
            Elliot Gale

Attorneys for Plaintiff
Kao Saechao

Dated: May 17, 2016

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: _____
            Stephen J. Newman

Attorneys for Defendant
    Chase Bank USA, N.A., erroneously sued
    as JPMorgan Chase Bank

- 1 -
STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE

LA 51984571