SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR # 263326)
JOE ANGELO (BAR # 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| **KAO SAECHAO,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al.,**<br><br>　　　　　　　Defendants. | Case No.: 5:16-CV-01499-BLF<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A.** |

**TO THE COURT, CLERK OF THE COURT, AND ALL PARTIES:**

　　　**PLEASE TAKE NOTICE THAT NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A.** plaintiff Kao Saechao and defendant Bank of America, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting said settlement. The parties anticipate that this matter will be dismissed within thirty (30) days. Accordingly, the parties respectfully request that all pending dates and filing requirements as to Bank of America, N.A. be vacated.

Dated: August 24, 2016　　　　　　　　By:　　**SAGARIA LAW, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff