Kelsey Israel-Trummel (State Bar No. 282272)
kitrummel@jonesday.com
JONES DAY
555 California St., 26th Floor
San Francisco, CA  94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-7500

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAO SAECHAO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>　　　　　Defendants. | Case No. 5:16-cv-01499-BLF<br><br>Assigned to: Judge Beth Labson Freeman<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed:  March 28, 2016 |

PLEASE TAKE NOTICE that Plaintiff Kao Saechao and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  September 23, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Kelsey Israel-Trummel* |
| | | Kelsey Israel-Trummel |
| 4 | | |
| 5 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated:  September 23, 2016 | Respectfully submitted, |
| 9 | | |
| 10 | | By: */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| 11 | | |
| 12 | | Attorneys for Plaintiff<br>KAO SAECHAO |

### Signature Certification

Pursuant to Local Rule 5.1, I hereby attest that I have received the consent of all signatories listed with corresponding signatures indicated by a conformed signature (/S/) within this e-filed document.

| | | |
|---|---|---|
| 17 | Dated:  September 23, 2016 | Respectfully submitted, |
| 18 | | By: */s/ Kelsey Israel-Trummel* |
| 19 | | Kelsey Israel-Trummel<br>JONES DAY |
| 20 | | |
| 21 | | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2016, I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court using CM/ECF, which will automatically serve this filing on all counsel of record in this case

*/s/ Kelsey Israel-Trummel*
Kelsey Israel-Trummel